UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>GILAT SATELLITE NETWORKS LTD., DOV BAHARAV, ELYEZER SHKEDY, DAFNA COHEN, MEIR SHAMIR, DAFNA SHARIR, AMIR OFEK, ISHAY DAVIDI, AYLON RAFAELI, and AMIRAM BOEHM,<br><br>          Defendants. | Case No.: 20-cv-1944<br><br>JURY TRIAL DEMANDED<br><br>**COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 17, 2020

                                        **MOORE KUEHN, PLLC**

                                        */s/Justin Kuehn*
                                        Justin A. Kuehn
                                        Fletcher W. Moore
                                        30 Wall Street, 8th floor
                                        New York, New York 10005
                                        Tel: (212) 709-8245
                                        jkuehn@moorekuehn.com
                                        fmoore@moorekuehn.com

                                        *Attorneys for Plaintiff*